IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COLIN CHRISTOPHER FELTON,

    Plaintiff,

    v.

TEEL PLASTICS, INC. and JAY L.
SMITH,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-180-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb  presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Teel Plastics, Inc. and Jay L. Smith

granting their motions for summary judgment and dismissing this case.

Peter Oppeneer, Clerk of Court

8/26/10
Date